**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN UNDERGROUND ENGINEERING, INC., Plaintiff, vs. CITY OF SYRACUSE, Defendant. | 5:00-cv-278 (FJS/DEP) (Lead Case) 5:99-cv-1127(FJS/DEP) (Member Case) |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE,** that upon the accompanying Declaration of David J. DelVecchio, dated November 1, 2011, Memorandum of Law dated November 3, 2011, with exhibits, and proposed order, the defendant City of Syracuse (the "City") moves before the Hon. Frederick J. Scullin, at a motion term of this Court to be held on the 9th day of December, 2011 at 10:00 a.m., or as soon thereafter as counsel may be heard, at the United States Courthouse and Federal Building, 100 South Clinton Street, Syracuse, New York, for an Order staying execution of this Court's Judgment pursuant to Fed. R. Civ. P. 62(d) pending determination of the City's appeal of the Court's October 13, 2011 Judgment to the United States Court of Appeals for the Second Circuit, and waiving the posting of a *supersedeas* bond and granting such other and further relief as the Court may deem just and proper.

**DATED:** November 3, 2011

**HANCOCK ESTABROOK, LLP**

By: /s/ John G. Powers
John G. Powers, Esq. (Bar Roll No: 508934)
James P. Youngs, Esq. (Bar Roll No: 515029)
1500 AXA Tower I – 100 Madison Street
Syracuse, New York 13202

Telephone: (315) 565-4500
Facsimile: (315) 565-4600

**CITY OF SYRACUSE CORPORATION COUNSEL**
Mary Ann Doherty, Esq. (Bar Roll No: 511188)
City Hall – Room 301
233 East Washington Street
Syracuse, New York 13202
Telephone: (315) 448-8400
*Attorneys for Defendant*