**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN UNDERGROUND ENGINEERING, INC.,<br>Plaintiff,<br>vs.<br>CITY OF SYRACUSE,<br>Defendant. | 5:00-cv-278 (FJS/DEP)<br>(Lead Case)<br><br>5:99-cv-1127(FJS/DEP)<br>(Member Case) |

**ORDER**

Presently before the Court is a motion by Defendant City of Syracuse (the "City") brought pursuant to Fed. R. Civ. P. 62 seeking a stay of execution on the Judgment entered in this matter on October 13, 2011 pending the City's appeal to the United States Court of Appeals for the Second Circuit. Having reviewed the Declaration of David J. DelVecchio dated November 1, 2011, and the accompanying Memorandum of Law dated November 3, 2011, with exhibits, the Court finds that a stay is warranted and that the City of Syracuse has the means to satisfy the Judgment in the event its appeal is unsuccessful obviating the need for a supersedeas bond. *See, e.g., Ortiz v. New York City Housing Authority*, 22 F. Supp. 2d 15, 40 (E.D.N.Y. 1998). Accordingly, it is hereby

**ORDERED** that the motion for a stay of execution of the judgment pending the outcome of the City's appeal is **GRANTED.**

IT IS SO ORDERED.

Dated:November ____, 2011

______________________________
Hon. Frederick J. Scullin, Jr.
Senior United States District Court Judge