**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN UNDERGROUND ENGINEERING, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SYRACUSE,<br><br>Defendant. | 5:00-CV-278 (FJS/DEP)<br>(Lead Case)<br><br>5:99-CV-1127 (FJS/DEP)<br>(Member Case) |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 3, 2011, I electronically filed Defendant's Notice of Motion for a stay of enforcement of the Court's final judgment pending resolution of the Defendant's appeal to the United States Court of Appeals for the Second Circuit, together with the supporting declaration of David J. DelVecchio, an accompanying Memorandum of Law, with exhibits, and a Proposed Order, with the Clerk of the District Court using the CM/ECF system, which electronically provided notification of such filing to the following:

**CAMARDO LAW FIRM, P.C.**
Joseph A. Camardo, Jr., Esq. (Bar Roll No: 501507)
Kevin M. Cox, Esq. (Bar Roll No: 511991)
*Attorneys for Plaintiff*
127 Genesee Street
Auburn, New York 13021
joecamardo@camardo.com
kevincox@camardo.com

/s/ James P. Youngs
James P. Youngs (Bar Roll No: 515029)