**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

AMERICAN UNDERGROUND ENGINEERING, INC.,

Plaintiff,

v.

CITY OF SYRACUSE,

Defendant.

5:00-CV-278 (FJS/DEP)
(Lead Case)

5:99-CV-1127 (FJS/DEP)
(Member Case)

**DECLARATION OF KEVIN M. COX, ESQ.**

KEVIN M. COX, ESQ., under penalty of perjury, hereby declares the following to be true:

1. I am an attorney employed by the Camardo Law Firm, PC, attorneys for Plaintiff American Underground Engineering, Inc. ("AUE" or "Plaintiff") in the above-captioned matter.

2. I make this Declaration in support of AUE's opposition to the City of Syracuse's motion for stay pending appeal and request to waive supersedeas bond requirement.

3. Attached hereto as Exhibit "1" is a simple interest calculation of AUE's judgment amount of $5,312,678 issued by the Court on October 13, 20-11. Interest was calculated at 9% per annum, in accordance with New York State law (CPLR 5004), from the July 27, 1999 (date of City termination of AUE) through October 13, 2011 (date of judgment issued by Court). The total amount of interest on the judgment is $5,867,379.80, making the total amount of the judgment, with interest, $11,180,057.80.

4. Attached hereto as Exhibit "2" is Part C ("Charter of the City of Syracuse"), Article VI ("Finance Generally"), Chapter 1 ("Budgetary Administration") of the Syracuse Code of Ordinances ("Syracuse Code").

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on the
22nd day of November, 2011.

Kevin M. Cox