| | | | | | | |
|---|---|---|---|---|---|---|
| AUE interest (9% simple interest) | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| [redacted] | | | | | | |
| | | | | | | $5,312,678.00 |
| | | | | | | |
| | | | | 365 | | |
| | 7/27/1999 | 10/31/2011 | 4479.00 | 12.27 | 9.00% | 110.441% |
| | | | | | | |
| | | | | | | $5,867,379.80 |
| | | | | | | |
| | | | | | | $11,180,057.80 |