## CHAPTER 1. - BUDGETARY ADMINISTRATION

Section 6-101. - Fiscal year.
Section 6-102. - Preparation and adoption of the budget.
Section 6-103. - Supervision and enforcement of the budget.
Section 6-103A. - Budget report to the common council.
Section 6-104. - Transfers of appropriations.
Section 6-105. - Contracts and expenditures prohibited.
Section 6-106. - Payment of judgments against the city.
Section 6-107. - Revolving funds.
Section 6-108. - Capital program.

### Section 6-101. - Fiscal year.

**(1)** The fiscal year of the city shall commence on the first day of July effective July 1, 1994 and thereafter.

**(2)** The fiscal year for the period commencing January 1, 1994 shall be the six-month period ending June 30, 1994 and a budget shall be adopted in accordance with the existing procedure for such six-month period.

**(3)** The fiscal year of the city shall commence on the first day of January until the effective date of [sub] sections (1) and (2) above.

***(L.L. No. 12-1993)***

### Section 6-102. - Preparation and adoption of the budget.

**(1)** *Content.* The annual budget of the city government shall present a complete financial plan for the ensuing fiscal year. It shall set forth:

- **(a)** The expenditures for the preceding year, the appropriations and current estimate of expenses for the present year, and all proposed expenditures for the ensuing years relating to:
  - **(1)** Operation maintenance of all offices, departments and boards for which appropriations are to be made or taxes levied by the city.
  - **(2)** All expenditures for each capital project to be undertaken or executed during the fiscal year which is to be paid for in whole or in part from the surplus or current revenue of the city, insofar as practicable.
  - **(3)** All payments of principal and interest in connection with the city debt.
  - **(4)** The amounts of any judgments recovered against the city and payable in the fiscal year.
- **(b)** The actual operating deficits if any from prior fiscal years already completed at the time of the preparation of the budget.
- **(c)** **(1)** The anticipated income and other means of financing the total proposed expenditures of the city government for the fiscal year.
  - **(2)** To this end, it shall contain an estimate of the probable revenues which, in the judgement of the director and the mayor will be received by the city from all sources during the fiscal year, less the amount required to be deposited to the credit of sinking funds, if any, and a statement of all unexpended balances of the preceding fiscal year.
  - **(3)** For purposes of determining the surplus available for inclusion in the statement of resources, the budget shall contain the adjusted cumulative surplus as of the close of the most recent completed fiscal year.
- **(d)** The estimate of offices, departments and boards shall be in such form and contain such detail as the director of budget administration may require. Each such estimate shall be accompanied by a work program for the ensuring fiscal year. The work program shall set forth in both verbal and statistical form the units of work to be performed and the cost of personal services and otherwise for its performance. It shall specify any property to be acquired to carry forward the proposed work program.

**(2)** *Preparation.* The annual budget shall be prepared by the director of management and budget in cooperation with the commissioner of finance under the following schedule:

- **(a)**

On or before the fifteenth day of July of each year all offices, departments, commissions and other agencies of the city government shall transmit estimates of their budgetary requirements for operating and capital purposes for the then ensuing fiscal year to the director of management and budget. Effective for the fiscal year commencing July 1, 1994, the estimates referred to herein shall be transmitted on or before the twelfth day of January, 1994. Effective for the fiscal year commencing July 1, 1995, the estimates referred to herein shall be transmitted on or before the sixth day of February, 1995, and the sixth day of February of each year thereafter.

**(b)** He shall promptly examine such estimates and may require such financial material and information as he may request from any office, department or board in respect thereto. Upon the basis of the estimates submitted, the information gathered, and in light of the general fiscal policies of the mayor, he shall prepare the budget and work program.

**(c)** He shall transmit to the mayor on or before the twenty-fourth day of August his recommended budget and detailed work program. Effective for the fiscal year commencing July 1, 1994, he shall transmit to the mayor on or before the twenty-first day of February, 1994 his recommended budget and detailed work program. Effective for the fiscal year commencing July 1, 1995, and for each fiscal year thereafter, he shall transmit to the mayor on or before the eighteenth day of March, 1995, and the eighteenth day of March of each year thereafter, his recommended budget and detailed work program.

**(3)** *Mayor consideration.* The mayor shall:

**(a)** Consider the budget and work program submitted to him. In the course of such consideration he shall hear any office, department or board which signifies a desire to be heard.

**(b)** Approve the budget and work program as presented or in such amended form as he deems appropriate, and shall immediately cause the budget to be published once in the official newspaper.

**(c)** Prepare a sufficient number of copies of the budget and work program approved by him to furnish a copy to each member of the council, each office, department and board.

**(d)** Transmit to the council, on or before the fourteenth day of September, the budget which has been approved by the mayor. Effective for the fiscal year commencing July 1, 1994, transmit to the council on or before the fourteenth day of March, 1994 the budget which has been approved by the mayor. Effective for the fiscal year commencing July 1, 1995, and for each fiscal year thereafter, transmit to the council on or before the eighth day of April, 1995 and the eighth day of April of each year thereafter, the budget which has been approved by the mayor.

**(4)** *Council consideration of the budget.* The council shall, upon receipt of the budget from the mayor, consider and adopt the budget under the following procedures:

**(a)** Notice of public hearing. Cause a notice to be published once in the official newspaper of the date, time and place at which the council will hold its public hearing upon the proposed budget, which hearing shall not be less than one week from the date of the publication of such notice.

**(b)** Public hearing. The council shall give a public hearing to such persons as wish to be heard in reference thereto.

**(c)** Adoption.

**(1)** After such hearing, and on or before the fourteenth day of October, the council shall adopt such budget as presented or as amended by it. Effective for the fiscal year commencing July 1, 1994, the council shall adopt such budget as presented or as amended by it on or before the thirteenth day of April, 1994. Effective for the fiscal year commencing July 1, 1995, the council shall adopt such budget as presented or as amended by it on or before the eighth day of May, 1995, and the eighth day of May each year thereafter. The council shall not have the power to diminish or reject any items which relate to the sums directed by the county legislature of the county within which the city is situated to be levied within the city for state and county purposes, or the sums lawfully payable within said fiscal year upon judgments. The council may strike out or reduce line items therein and may add thereto line items of appropriation, provided that such changes are stated separately and distinctly from the original line items of the budget and refer each to a single object or purpose, and/or the council may reduce or increase total revenues and expenditures provided in the budget, as provided by the mayor.

If no changes are made by the council, the budget, as passed by it, shall be deemed to have been adopted without any action of the mayor; if, however, the budget as passed by the council contains any such changes, it must be presented by the city clerk to the mayor on or before the fifteenth day of October of each year for his consideration of such changes. Effective for the fiscal year commencing July 1, 1994, the city clerk must present the budget to the mayor on or before the fourteenth day of April, 1994. Effective for the fiscal year commencing July 1, 1995, and for each fiscal year thereafter, the city clerk must present the budget to the mayor on or before the ninth day of May, 1995, and the ninth day of May for each year thereafter. If the mayor approves all the changes, he

shall affix his signature to a statement thereof and return the budget and such statements to the city clerk. The budget, including the changes as part thereof, shall then be deemed to have been adopted. The mayor may object to any one or more of such changed items and in such case shall append to the budget a statement of the changed items to which he objects with the reasons for the objections to the city clerk who shall present the same to the council at its next meeting. The council shall thereupon enter the objections upon its journal and proceed to reconsider the changes so objected to. If upon such reconsideration two-thirds of all the members constituting the council vote to approve such changes, or any of them, notwithstanding the objections of the mayor, the budget with the changes so approved, together with changes not so objected to by the mayor, shall be deemed to have been adopted. If the budget with the changes is not returned by the mayor to the city clerk with his objections within ten (10) days after its presentation to him, it shall be deemed to have been adopted. If a budget has not been adopted, as herein provided, on or before the seventh day of November of each year, then the budget as submitted by the mayor, including all additions to which he has failed to object, shall be the budget for the ensuing fiscal year. Effective for the fiscal year commencing July 1, 1994, if a budget has not been adopted, as herein provided, on or before the seventh day of May, 1994, then the budget as submitted by the mayor, including all additions to which he has failed to object, shall be the budget for the ensuing fiscal year. Effective for the fiscal year commencing July 1, 1995, and each fiscal year thereafter, if a budget has not been adopted, as herein provided, on or before the first day of June, 1995, and the first day of June of each year thereafter, then the budget as submitted by the mayor, including all additions to which he has failed to object, shall be the budget for the ensuing fiscal year.

**(2)** The council shall, however, have the power with the approval of the mayor to reduce the salaries of all city officers and regularly employed city employees either by a fixed percentage or by a scale of percentages, the larger salaries to be reduced by larger percentages. Such reductions as made shall apply to the salaries of elected as well as of adopted city officers.

**(3)** After the adoption of the budget, the council shall not have the power to change the work program.

**(4)** The council may authorize the publication of such a number of copies of the budget for sale to the public at a price fixed by it as it may determine.

**(5)** *Budgeting of surplus revenues.*

**(a)** The several sums enumerated in the budget as estimated revenues and the money necessary to be raised by taxes in addition thereto, to pay the expenses of conducting the business of the city, for the purposes contemplated by the Charter and otherwise by law, shall be and become applicable in the amounts therein named for the purpose of meeting said appropriations.

**(b)** The amount of estimated expenditures contained in the annual estimate adopted by the council, less the amount of estimated revenues applicable to the payment thereof and the amount of all judgments payable prior to the tax levy, shall constitute the tax budget. The council shall levy and cause to be raised by tax the amount of said budget, and the amount shall be levied, assessed and raised by tax upon the real and personal property liable to taxation in the city as provided by law and by this Charter.

**(c)** In case the revenues received by the city exceed the amount of such estimated revenues named in said annual estimate, or in case there remain any unexpended balances of appropriation made for the support of the city government or for any other purpose, then such surplus revenues or such unexpended balances shall, except as otherwise provided by law or by ordinance of the council with the approval of the mayor, remain upon deposit and be included as part of the estimated revenues for the second succeeding year.

**(d)** Except for grant-in-aid from other governments for capital purposes, no moneys received by the city from any other source which shall be in addition to or in supplementation of the estimates contained in the budget shall become available for expenditure until the year following their receipt, unless otherwise provided by the mayor.

***(L.L. No. 22-1989, § 20; L.L. No. 4-1991, §§ 1, 2; L.L. No. 1-1992, § 15; L.L. No. 12-1993, § 2; L.L. No. 25-1994, §§ 1—3)***

## Section 6-103. - Supervision and enforcement of the budget.

**(1)** *Duties of the mayor and the director of management and budget.*

**(a)** Promptly upon the adoption of the budget, and not later than the twenty-seventh day of December, the director of budget administration shall prepare a recommended schedule of allocations of each appropriation by organizational unit or work program and allotments of appropriations by appropriate period of time. In the preparation of the allocations and allotments, he shall give proper attention to the schedule for accomplishment of the approved work program on a realistic schedule. Effective for the fiscal year commencing July 1, 1994 and for each fiscal year thereafter, the director of budget administration shall prepare the

recommended schedule of allocations and allotments required herein not later than the twenty-sixth day of June, 1994 and the twenty-sixth day of June of each year thereafter.

**(b)** The recommended schedules shall be presented to and promptly approved, in original or amended form, by the mayor.

**(c)** Approved allocations and allotments shall be certified to the commissioner of finance and to all offices, departments and boards. The commissioner of finance shall approve no commitment of expenditure except in pursuance thereof.

**(d)** The director of management and budget shall give continuous supervision to the execution of the budget and work program. He shall report promptly to the mayor any significant deviation therefrom.

**(e)** Allocations and allotments may be modified from time to time by the mayor.

**(2)** *Keeping budget balanced.*

**(a)** If at any time during the fiscal year the mayor shall ascertain that the available income, plus fund balances, for the year will be less than the total appropriations, he shall revise and reconsider the work programs and allotments for the several offices, departments and boards so that no expenditure shall be made or obligation incurred in excess of the said income and fund balances available.

**(b)** This section shall not be construed to prevent the city from financing any expenditure pursuant to the applicable sections of the Local Finance Law.

***(L.L. No. 22-1989, § 21; L.L. No. 1-1992, § 16; L.L. No. 12-1993, § 2)***

## Section 6-103A. - Budget report to the common council.

**(1)** The mayor shall submit a report to the common council annually on March 15 of each year concerning the budget for the current fiscal year. Such report shall be available to the public.

**(2)** The report, referenced in paragraph 1 above, shall contain:

**(a)** A summary table showing all revenues received and expenditures made for the first six (6) months of the current fiscal year, presented in a form that will allow comparison with the budget as enacted.

**(b)** The summary table shall display revenue and expenditures for each operating department, for special objects of expense, and for all other funds including but not limited to airport, sewer, and water.

**(c)** A variance explanation shall be provided for any and all revenue and expenditures which are significant.

**(d)** A listing and description of any and all revenues, the receipt of which are contingent on actions yet to be taken or concluded by the common council, the Onondaga County Legislature, the state or federal government, or others.

**(e)** Proposed revisions to the current fiscal year budget for revenues and expenditures determined by the mayor to be necessary to provide for a balanced budget, along with documentation and data and a revised work program.

**(f)** An estimate of any deficiency or surplus in revenues anticipated for the current fiscal year, and the reasons for such surplus or deficiency.

**(3)** The council, upon review of such report, may request the mayor to consider revisions to the current fiscal year budget.

***(L.L. No. 7-1996, § 1)***

## Section 6-104. - Transfers of appropriations.

**(1)** If at any time during the fiscal year the mayor shall ascertain that the appropriation for any office, department, board, commission or other city agency is or will be exhausted, he may, with the approval by ordinance of the council, transfer funds to such appropriation from any surplus funds not otherwise appropriated, or from the appropriation made in the budget for any other office, department, board, commission or agency.

**(2)** If such transfer is made from any office, department, board, commission or other city agency, the allocations and allotments shall be reduced accordingly.

***(L.L. No. 22-1989, § 22)***

## Section 6-105. - Contracts and expenditures prohibited.

No office, department, board, commission or other city agency shall, during any fiscal year, expend or contract to be expended any money or incur any liability, or enter into any contact which, by its terms, involves the expenditure of money for any of the purposes of which provision is made in the annual budget, in excess of the amounts appropriated by said budget, as adopted by the council, for any office, department, board, commission or other city agency or purpose of such fiscal year.

Any contract, verbal or written, made in violation of this section shall be null and void as to the city, and no moneys belonging to the city shall be paid thereon, provided, however, that nothing herein contained shall prevent the making of contracts for light, heat or power, or for water, the collection of disposal of garbage, the collection or removal of rubbish and ashes, for periods exceeding one year.

Nothing herein contained, however, shall be held to prohibit the proper officer having authority in the premises from expending such sums as may be made available, pursuant to this charter or section 29.00 of the Local Finance Law, or to prevent the spread of, or to suppress any contagious or infectious disease, or any epidemic in the city, in addition to the amount appropriated for such purpose.

### Section 6-106. - Payment of judgments against the city.

The amount of any judgment recovered against the city and payable by it, remaining unpaid, the interest due thereon, in case the time of appeal therefrom has expired and no appeal has been taken, or a certificate of no appeal therefrom has been given by the corporation counsel, or in case such judgment is finally affirmed, or an appeal taken and the execution thereon shall not be stayed, shall be reported to the council immediately after the same shall have become payable, as aforesaid; and the amount thereof shall be included in the next city tax budget. Such judgments shall be paid in the order of their recovery out of the moneys first paid to the city on account of the annual taxes. If, however, there be any moneys in the treasury to the credit of any funds derived from city revenues, other than taxation, in excess of the estimated revenues from such source, and not otherwise appropriated, sufficient to satisfy judgments against the city, the commissioner of finance shall issue warrants for the payment of such judgments out of said funds in the order of their recovery. Until the moneys applicable to the payment of a judgment have been raised and paid to the city and payment of a judgment has been refused, no execution shall issue against the city unless the amount of such judgment shall not have been included in the tax budget.

### Section 6-107. - Revolving funds.

The council may provide in the annual budget a revolving fund for use by the commissioner of purchase in making purchases of standardized materials, supplies and equipment used in large quantities by the several offices, departments or boards in the city, whenever in his opinion market conditions are favorable for the making of such purchases.

### Section 6-108. - Capital program.

**(1)** Annually the director of budget administration shall prepare a capital program setting forth his recommendations as to capital projects to be undertaken by the city within the succeeding six-year period.

**(2)** With respect to each project, the program shall contain a careful description of the proposed project together with its estimated cost; a justification of the proposed expenditure; an estimate of the effect of the project upon operating cost of the city within each of the three (3) years following its completion; the years in which appropriations from general or loan funds will be required for execution of the project; the sources of funds, other than city funds, which are to be utilized in the financing of such project; and such other information as the mayor or the council may order to be set forth therein.

**(3)** The capital program shall be accompanied by a project of the schedule of incurring debt for financing such program and the amount of estimated debt service requirements for principal and interest on the present and project debt during the next eight (8) years.

**(4)** In the preparation of the capital program, the director shall consult with and secure the opinion of the department of planning with respect to the priority of the scheduling of projects, and the conformity of the projects to the long term development plan.

**(5)** The director of management and budget shall present the proposed capital program to the mayor who shall approve it in original or amended form and transmit it to the council not later than the first day of July of each year. The council shall consider the proposed capital program in conjunction with any proposed capital appropriation but shall not be required to approve or disapprove the proposed program.

Effective for the fiscal year commencing July 1, 1994 and for each fiscal year thereafter, the capital program shall be transmitted by the mayor to the council not later than the first day of January, 1994 and the first day of January of each year thereafter.

***(L.L. No. 22-1989, § 23; L.L. No. 1-1992, § 17; L.L. No. 12-1993, § 2)***