# CERTIFICATE OF SERVICE

I certify that on November 22, 2011, I electronically filed "Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for a Stay Pending Appeal" and Supporting Declaration of Kevin M. Cox, Esq. with the Clerk of the District Court using the CM/ECF system, which sent notification of such to the following:

Mary Ann Doherty, Esq.
Corporation Counsel
City of Syracuse
City Hall – Room 301
233 East Washington Street
Syracuse, New York 13202

John G. Powers, Esq.
James P. Youngs, Esq.
Hancock & Estabrook, LLP
1500 AXA Tower 1
100 Madison Street
Syracuse, New York 13202

s/Kevin M. Cox, Esq.
Bar No. 511991
CAMARDO LAW FIRM, PC
*Attorneys for American Underground Engineering, Inc.*
127 Genesee Street
Auburn, New York 13021
Tel: (315) 252-3846
Fax: (315) 252-3508
Email: kevincox@camardo.com