**UNITED STATES DISTRICT COURT**
Northern District of New York

American Underground Engineering, Inc.

vs.

City of Syracuse

*****AMENDED JUDGMENT IN A CIVIL CASE**

Case number: **5:00-cv-278** (lead)
Case number: 5:00-cv-1127 (member)

X **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.**  This action came to a trial, hearing or motion before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**On July 1, 2010** the jury rendered a verdict in favor of the Plaintiff for breach of contract by the Defendant awarding damages as follows:

| | |
|---|---|
| Actual job costs for work on project up to time work ceased: | $10,759,804.50 |
| Percentage found to compensate for profits and overhead expenses: | 15% |
| 15% of actual job costs: | $1,613,970.68 |
| Final amount of damages after combining both figures above and then deducting all payments Plaintiff had already received for work under contract: | $7, 306,021.64 |

**On October 7, 2011** the Court rendered a post-trial motion decision reducing the amount of damages awarded by the jury.  The Court finds that the jury mistakenly awarded $1,613,970.68,  representing an additional 15% for profits and expenses not realizing that this percentage was already built into the expense figures. Therefore,

Reduced amount of damages: $5,692,050.96

Further, Defendant's request to reduce the damages award by $379,372.96, represented by Plaintiff to be home office overhead expenses as a result of the breach of contract is Granted.

**TOTAL Reduced amount of damages:** **$5,312,678.00**
Prejudgment interest shall be calculated in accordance with New York State law.

Defendant's motion for judgment as a matter of law, pursuant to Rule 50(b) of the Federal Rules of Civil Procedure, is **Denied**.

Defendant's motion for separate findings of fact and conclusions of law pursuant to Rule 52(a)(1) of the Federal Rules of Civil Procedure, is **Denied.**

**\*On August 2, 2012** the Court rendered a decision **Granting** Defendant's motion to amend the Judgment to include a calculation for prejudgment interest at a **prejudgment interest rate** of **4.72%**, which shall apply to the period of October 22, 1999, through October 13, 2011.

All of the above pursuant to a jury verdict rendered on July 1, 2010 before the Hon. Frederick J. Scullin, Jr. and a motion decision rendered on October 7, 2011 by the Hon. Frederick J. Scullin, Jr. and a motion decision rendered on August 2, 2012.

August 6, 2012                                                              Lawrence K. Baerman, Clerk

*Barbara J. Woodford*

**Barbara J. Woodford**
**Deputy Court Clerk**

