**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN UNDERGROUND ENGINEERING, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SYRACUSE,<br><br>Defendant. | 5:00-CV-278 (FJS/DEP)<br>(Lead Case)<br><br>5:99-CV-1127 (FJS/DEP)<br>(Member Case) |

**NOTICE OF APPEAL**

Notice is hereby given that the City of Syracuse, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from each and every part of the final amended judgment entered in this action on the 6th day of August, 2012, as well as all prior orders, judgments and decisions leading to that judgment.

**DATED:** August 7, 2012

**HANCOCK ESTABROOK, LLP**

By: s/ John G. Powers
John G. Powers, Esq. (Bar Roll No. 508934)
James P. Youngs, Esq. (Bar Roll No. 515029)
1500 AXA Tower I
100 Madison Street
Syracuse, New York 13202
Telephone: (315) 565-4500

**MARY ANN DOHERTY, ESQ.**
*Corporation Counsel of the City of Syracuse*
300 City Hall
Syracuse, New York 13202
Telephone: (315) 448-8400

*Attorneys for Defendant City of Syracuse*