UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN UNDERGROUND ENGINEERING, INC.,<br><br>                                             Plaintiff,<br><br>v.<br><br>CITY OF SYRACUSE,<br><br>                                             Defendant. | 5:00-CV-278 (FJS/DEP)<br>(Lead Case) |
| AMERICAN UNDERGROUND ENGINEERING, INC.,<br><br>                                             Fourth-Party Plaintiff,<br><br>v.<br><br>CITY OF SYRACUSE,<br><br>                                             Fourth-Party Defendant. | 5:99-CV-1127 (FJS/DEP)<br>(Member Case) |

### ORDER STAYING ENFORCEMENT
### PURSUANT TO F.R.C.P. RULE 62(d)

**WHEREAS,** the City of Syracuse has filed a Notice of Appeal (Dkt# 165) appealing the August 6, 2012 Amended Judgment in this matter (Dkt#164) and has filed a Supersedeas Bond pursuant to F.R.C.P. Rule 62(d) (Dkt#167); and, this Court finds the Supersedeas Bond to be in acceptable form; now, therefore,

**It is hereby,**

**ORDERED,** the enforcement proceedings in the above captioned matter are stayed pursuant to F.R.C.P. Rule 62(d).

Dated: September 17, 2012

_____
Hon. Frederick J. Scullin, Jr.
Senior United States District Court Judge

{H1858659.1}