UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN UNDERGROUND ENGINEERING, INC.,<br><br>                              Plaintiff,<br>     vs.<br><br>CITY OF SYRACUSE,<br><br>                              Defendant. | 5:00-cv-278 (FJS/DEP)<br>(Lead Case)<br><br>5:99-cv-1127(FJS/DEP)<br>(Member Case) |

## SATISFACTION OF JUDGMENT

**WHEREAS**, an Amended Judgment was entered on the official docket in the above entitled action on August 6, 2012 (Docket Entry No. 164) in favor of plaintiff AMERICAN UNDERGROUND ENGINEERING, INC, in the sum of $5,312,678.00, plus prejudgment interest at a rate of 4.72% for the period of October 22, 1999, through October 13, 2011; and

**WHEREAS**, said Amended Judgment, plus all accrued post-judgment interest, has been **FULLY PAID** and the sum of $0.00 remains unpaid and there are no outstanding executions with any Sheriff or Marshal within the State of New York,

**THEREFORE**, **FULL SATISFACTION** of said Amended Judgment, and complete discharge of the debt created thereby, is hereby acknowledged, and the said Clerk is hereby authorized and directed to make an entry of **FULL SATISFACTION** on the docket of said Amended Judgment; and

The Plaintiff consents to the release of the *Supersedeas Bond* dated September 13, 2012 that was filed on September 14, 2012 (Docket Entry No. 167) and agrees that the Defendant's obligations under that bond have been discharged.

{H2091039.1}

Dated: July 31, 2013          **CAMARDO LAW FIRM, P.C.**

                          s/Kevin M. Cox
                 By_____
                          Kevin M. Cox, Esq. (Bar Roll No: 511991)
                          127 Genesee Street
                          Auburn, New York 13021
                          *Attorneys for Plaintiff American*
                          *Underground Engineering, Inc.*

It is hereby ordered that the *Supersedeas Bond* dated September 13, 2012 that was filed on September 14, 2012 (Docket Entry No. 167) is RELEASED.

**IT IS SO ORDERED**

Dated: August _5_, 2013                  _____
                                           Honorable Frederick J. Scullin, Jr.
                                        Senior United States District Court Judge